UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENE RAY MCKINNEY
C-113872    S2-113
TAYLOR WORK CAMP
8311 HAMPTON SPRINGS Rd.
PERRY FLA 32348

VS:

(1) BERKLEY COUNTY SHERRIF DEPT
300 CALIFORNIA AVE
MONCHS CORNER S.C. 29461

(2) DETECTIVE JOHN DAMONE

FILED
MAR 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:08-cv-00426
Assigned To : Unassigned
Assign. Date : 3/12/2008
Description: Pro Se Gen. Civil

## COMPLAINT

ON 8-31-04, I WAS ARRESTED FOR TRESSPASSING BY CPL. FIELDS A DEPUTY OF BCSD, ON 9-1-04, I WAS CHARGED ADDITIONALLY ON UNRELATED CHARGES OF BURG. AND AUTO BREAKING. UPON ARREST OF TRESPASING, (1) 1976 FORD STEP-SIDE TRUCK WITH WEATHERGAURD TOOL BOX WITH TOOLS WAS TOWED BY WRECKER CO. TO WRECKER IMPOUND-MENT YARD. AFTER THE INVESTIGATION BY DET. JOHN DAMONE OF THE BURGLARY AND AUTO-BREAKING, DETECTIVE JOHN DAMONE TOOK A PERSONAL INTEREST IN TRUCK AND TOOLS. DET. NEVER ASKED ME ABOUT TRUCK AND TOOLS. HE WENT TO MY MOTHER (BETTY MOORE) AND TOLD HER TO SELL HIM THE TRUCK FOR $150.00 INSTEAD OF TURNING IT OVER TO IMPOUNDMENT. ALSO TELEPHONE CALLS FROM COUNTY JAIL TO MY MOTHERS PHONE WERE BLOCKED AT COUNTY JAIL. MY SISTER AND BROTHER-IN-LAW CAME DOWN TO GET TAG FROM VEHICLE AND TOOLS. DETECTIVE DAMONE TOLD THEM THE TOOLS WOULD BE HELD AS EVIDENCE AND WOULD BE RETURNED TO ME UPON DISPOSITION OF CASE. THE TOOLS AND TRUCK WERE NOT EVEN RELATED TO THIS CHARGE. THE DETECTIVE HAD NO BUSINESS EVEN WITH THE TRUCK. I WAS INFORMED BY MY SISTER WHEN SHE GOT TO TRUCK, THE LOCKS WERE BROKEN ON TOOLBOX. THERE WAS NEVER A TOW SHEET OR INVENTORY DONE ON THIS TRUCK. DET DAMONE WANTED THIS TRUCK FOR HIS PERSONAL TRUCK. BETWEEN SEP 1, 2004 AND SEP 10, 2004, THIS DETECTIVE APPROACHED ME

RECEIVED
FEB 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

AT THE CITY POLICE DEPARTMENT THAT YOUR TRUCK IS GONE, I GOT IT FROM YOUR MOM AND TRADED IT FOR A MOTORCYLE. HE NEVER ONCE DISCUSSED OBTAINING THIS TRUCK. HE KNEW THIS TRUCK WAS MINE, REGISTERED TO MY MOM. THEN HE TAKES THE TOOLS (SOME TOOLS) AND SELLS THEM AT THE PAWN SHOP IN HIS NAME. (SEE ATTACHED) FROM THE VERY FIRST DAY THIS DETECTIVE KNEW ABOUT TRUCK 9-1-04, HE WAS DETERMINED TO GET IT AT ANYONES EXPENSE. ALL THIS HAPPENED IN TWO WEEKS. I'M SURE I HAD 90 DAYS TO OBTAIN THIS TRUCK FROM WRECKER YARD. DID HE REGISTER TRUCK IN HIS NAME? HOW DID HE OBTAIN TRUCK FROM WRECKER YARD. (WHO KNOWS)

    AROUND OCT 15, 2004, I DECIDED TO COME FOWARD WITH INFORMATION DET DAMONE'S SUPERVISOR CAME TO TALK TO ME AFTER I REQUESTED TO SPEAK WITH INTERNAL AFFAIRS. I GAVE LT. MARK MASON A STATEMENT AND HE MADE COPIES OF PAWN SHOP RECEIPT. HE EVEN STATED HE BELIEVED ME AND HEADED FROM TO THE MAJOR'S OFFICE. THE VERY NEXT DAY INTERNAL AFFAIRS SHOWS UP AND TAKES A STATEMENT, HE INFORMS ME IF I AM TELLING THE TRUTH, I WAS GOING TO GET MY STUFF BACK, BUT I WOULD HAVE TO DO MY TIME. HE ALSO TOLD ME HE BELIEVED ME, AND HE HAD KNOWN THE DET DAMONE A LONG TIME, AND HE WOULD GET HIS. I TOLD HIM I WOULD TESTIFY ON POLYGRAPH TO PROVE WHAT I WAS SAYING. ALSO I ASKED HIM HOW HIS IA POLICY WORKED. HE SAID AN INVESTIGATION WOULD BE DONE AND I WOULD RECIEVE A COPY OF DETERMINATION. DURING THE TIME I WAS IN PRISON 1-5-05 - 4-1-06 I CONTACTED IA NUMEROUS TIME ABOUT DETERMINATION OF INVESTIGATION WITH NO RESPONSE. AGAIN I CONTACTED IA ON JAN. 20, 2008, REQUESTING AN ENTIRE COPY OF DISCOVERY. (NO RESPONSE) FEB 08, 2008 FILED NOTORIZED MOTION TO COMPEL IA TO ANSWER WITH CLERK OF COURT IN BERKLEY COUNTY. I'M SURE DEFENDANT WILL ARGUE TIME FRAME OF 2 YEARS, BUT FINAL DISPOSITION OF CRIMINAL MATTER WAS NOT UNTIL I WAS RELEASED FROM PRISON APRIL 1, 2006. ALSO BY FAILING TO ISSUE DETERMINATION OF IA INVESTIGATION, THE CASE IS STILL OPEN.

## SUMMARY

THIS DETECTIVE IN OFFICIAL CAPACITY USED HIS BADGE TO OBTAIN THIS PROPERTY. HE VIOLATED MY CIVIL RIGHTS. HE ARRESTED ME AND TOOK A PERSONAL INTEREST IN OBTAINING MY PROPERTY. ALL OF A SUDDEN,

This Detective no longer was employed with Berkley County 6 months after the fact. This Detective arrested me for personal gain. Wherefore Plaintiff prays this Honorable Court issue an order for the following compensatory and punative damages. An investigation will reveal the facts stated herein.

### Relief Sought

| | |
|---|---:|
| Property Taken - Truck + Tools + Misc. | $8,300.00 |
| Compensatory Damages X 3 | 24,900.00 |
| Punative Damages | 100,000.00 |
| Total Relief Sought - | $124,900.00 |

Requesting Jury Trial

Under the penalty of perjury, the facts stated herein are true and correct

*[signature]*


### Defendants

Berkley County Sheriff Dept
300 California Ave.
Moncks Corner S.C. 29461

Det. John Damone
5500 Harbour Lake Apts
Apt. F-15
Goose Creek S.C. 29445

### Witnesses

Cindy and Bobby Meetze
2808 Dreher Shoals Rd
Columbia S.C.

Betty Moore
216 Torbay Rd
Columbia S.C. 29212

Debbie Littlejohn
Asst. Public Defender
219 N. Hwy 52
Moncks Corner S.C. 29461

## CERTIFICATE OF SERVICE

I GENE R. McKINNEY DO HEREBY STATE THAT THE ORIGINAL COPY OF COMPLAINT HAS BEEN FURNISHED TO THE UNITED STATES DISTRICT COURT VIA U.S. MAIL ON THIS 15TH DAY OF FEB 2008, WHOSE ADDRESS IS U.S. DISTRICT COURT CLERK' OFFICE CONSTITUTION AVE N.W. ROOM 1225 WASHINGTON D.C. 20001.

_____
PLAINTIFF

SWORN AND SUSCRIBED TO
BEFORE ME THIS 15th
DAY OF Feb. 2008

_____
NOTARY

NOTARY PUBLIC-STATE OF FLORIDA
Sherri A. Chancy
Commission # DD549487
My Comm. Expires: 05/08/2010

JULIN ENT INC DBA MONEY MAN
116 S. GOOSE CREEK BLVD.
GOOSE CREEK, SC 29445
(843) 797-1742

JOHN NICHOLAS DAMONE
5500 HARBOUR LAKE APTF-15
GOOSE CREEK, SC. 29445

Did this day of 12:54
bargain, sell & deliver
the following property.

DUE DATE
NA

| item # | Serial # | SERIAL # ALTERED? Y/N | EVIDENCE OF 3RD PARTY OWNERSHIP? Y/N | OTHER IDENTIFIER OR CHARACTERISTICS Y/N | SPECIAL MARKINGS OR ENGRAVINGS | |
|---|---|---|---|---|---|---|
| 20041526 | | N | N | N | | MISC. TOOLS IN BLACK BOX.. P PCTB |

You are giving a security interest in the below described goods.

**Pledged Items** given only to person who pawned them, unless this ticket is properly endorsed.

Please give article(s) pawned by me to bearer of this ticket.

ORIGINAL PLEDGOR'S SIGNATURE      DATE

ALL SALES FINAL

I REPRESENT THE ABOVE LISTED COLLATERAL AS WHOLLY OWNED AND UNENCUMBERED. I ACKNOWLEDGE THE RECEIPT OF A TRUE COPY OF THIS CONTRACT AND HAVE CAREFULLY READ THE TERMS AND CONDITIONS OF THIS AGREEMENT ON THE BACK AND AGREE TO THEM.

X _____         _____
  Pledgor's Signature                Pawnbroker's Signature

ALL SALES ARE FINAL.

**AMOUNT FINANCED.** The amount of cash advanced or credit extended to you.

**FINANCE CHARGE.** The dollar amount the credit will cost you.

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on Due Date.

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate, based on amount financed.

PAYMENT SCHEDULE: 1 @

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge.

NOTE: You should refer to the remainder of this contract document (back of this page) for information about nonpayment and default. The pawnshop will retain a security interest in the listed items by keeping possession of these until you make the shown payment.

COPY RECIEVED
ON 9-20-04

DET. DID NOT PAWN
ALL TOOLS. HE KEPT
A LOT OF THINGS.

DET. DAMONE's
PAWN SHOP RECEIPT



MAJOR OF OPERATIONS
INTERNAL AFFAIRS INVESTIGATION UNIT
BERKLEY COUNTY COURTHOUSE
300 CALIFORNIA AVE  29461
MONCHS CORNER S.C.

ne R. McKINNEY
3972   52-113-6
YLOR WORK CAMP.
311 HAMPTON SPRINGS Rd
PREY FLA 32348

INTERNAL AFFAIRS
CLERK OF COURT-
MAILED MOTION
TO COMPEL - 2-8-08

COPY OF ENVELOPE
TO INTERNAL AFFAIRS

**Sentence Judgment**

RELEASED APRIL 1, 2006 - FROM PRISON

STATE OF SOUTH CAROLINA ) IN THE COURT OF GENERAL SESSIONS
COUNTY OF Berkeley )
STATE VS. Gene McKinney ) INDICTMENT/CASE#: 2004-GS-08-1720
AKA: ) A/W#: H851198
Race: W  Sex: M  Age: 49 ) Date of Offense: 8-16-04
DOB: 3-12-55  SS#: 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 ) S.C. Code §: 16-11-312
Address: ) CDR Code #: 0/0/8/0
City, State, Zip ) ☐ CASE RESTORED
DL#  SID# ) **SENTENCE**
☒ PLEA   ☐ TRIAL

In disposition of the said indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS
TO: Burglary 3rd Degree
in violation of § 16-11-313 of the S.C. Code of Laws, bearing CDR Code # 0/4/8/7
☒ NON-VIOLENT   ☐ VIOLENT   ☐ SERIOUS   ☐ MOST SERIOUS   ☐ 17-25-45

The charge is: ☐ As Indicted, ☒ Lesser Included Offense, ☐ Defendant Waives Presentment to Grand Jury.
The plea is: ☐ Without Negotiations or Recommendation, ☒ Negotiated Sentence, ☒ Recommendation by the State.
ATTEST: _____ _____ 3 years _____
         Solicitor                Defendant              Attorney for Defendant

WHEREFORE, the Defendant is committed to the ☒ State Department of Corrections, ☐ County Detention Center,
for a determinate term of 3 days/months/years or ☐ under the Youthful Offender Act not to exceed ____ years
and/or to pay a fine of $ ____; provided that upon the service of ____ days/months/years and/or payment
of $ ____; plus costs and assessments as applicable*; the balance is suspended with probation for ____
months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation,
which are incorporated by reference.
☐ CONCURRENT or ☐ CONSECUTIVE to sentence on: _____
☒ The Defendant is to be given credit for time served pursuant to S.C. Code §24-13-40 to be calculated and applied by the State
Department of Corrections. Since 8/31/04

**SPECIAL CONDITIONS:**

☐ RESTITUTION: ☐ Heard, ☐ Waived, ☐ Ordered    PTUP _____
Total: $ ____ plus 20% fee: $ ____              ____ days/hours Public Service Employment
Payment Terms:                                   Obtain GED
☐ set by SCDPPPS                                 Attend Voc. Rehab. or Job Corp.
                                                 May serve W/E beginning
Recipient:                                       Substance Abuse Counseling
*Fine:                              $            Random Drug/Alcohol Testing
§14-1-206 (Assessments 107.5%)      $            Fine may be pd. in equal, consecutive weekly/monthly
§14-1-211(A)(1) (Conv. Surcharge) $100 $ 100.00    pmts. of $ ____ beginning ____
§14-1-211(A)(2) (DUI Surcharge)   $100 $          $ ____ paid to Public Defender Fund
§56-5-2995 (DUI Assessment)        $12 $          Other: _____
§ 35.13 (Public Def/Prob)         $500 $
§73.3, 1B TP (Law Enforce. Funding) $25 $ 25.00
§33.7, 1B TP (Drug Court Surcharge) $100 $
§50-21-114(BUI Breath Test Fee)    $50 $
§56-5-2942(J) (Vehicle Assessment) $40/ea $
3% to County (if paid in installments)   $ 3.75
TOTAL                             $ 128.75       ☐ Appointed PD or appointed other counsel, §35.13 TP
                                                   Requires $500 be paid to Clerk during probation.

_Linda J. Hill_
Clerk of Court/Deputy Clerk
Court Reporter: _Deborah Garrison_

PRESIDING JUDGE _____
Judge Code: 2/2/6/0
Sentence Date: 1-5-05

DKU

# BERKELEY COUNTY DETENTION CENTER
## REQUEST TO STAFF MEMBER

DATE: 10/17/04   TO: Public Defender
CELL#: B-14   NAME: Gene McKinney
WORK ASSIGNMENT: N/A   BUNK #: B-14

REQUEST (STATE COMPLETELY, GIVING FULL DETAILS. USING BACK OF PAGE IF NECESSARY)

IN MY POSSESION, I HAVE DOCUMENTED INFORMATION THAT COULD HAVE AN ENORMOUS IMPACT ON MY CASE. COULD YOU PLEASE SEE ME ASAP? THANKS

Gene McKinney

DISPOSITION BY STAFF MEMBER:

DATE: _____ SIGNATURE: _____

COPY OF STATEMENT TO PUBLIC DEFENDER REVEALING WRONGFUL ACT. SHE NEVER REPORTED THIS!